No. 14-14-00994-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 5:45:07 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR
THE FOURTEENTH JUDICIAL DISTRICT
AT HOUSTON

**ANDREW T. VO, INDIVIDUALLY AND D/B/A LARRY VO, VIET LE, TAM VAN LE AND VO-LE, INC.**
*Appellant,*

v.

**KIM HO DOAN**
*Appellee.*

Appeal from the 129th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2007-19358
The Honorable Michael Gomez, Presiding

## AFFIDAVIT OF MARK T. MURRAY

BEFORE ME, the undersigned authority on this day personally appeared

Mark T. Murray, who after being duly sworn, stated under oath the following:

My name is Mark T. Murray. I am over the age of eighteen (18) years, a resident of Harris County, Texas and fully competent and able to make this affidavit. I have never been convicted of a felony or crime involving moral turpitude.

I am an attorney with Stevenson & Murray Law Firm in Houston, Harris County, Texas and am licensed to practice law in the state of Texas. I represent the Appellee herein. As counsel for Appellee and counsel in the underlying Cause No. 2007-19358, pending in the 129th Judicial District Court of Harris County, Texas, I have personal knowledge of the facts stated herein and they are true and

correct.

1. The 129th Judicial District Court of Harris County, Texas, Hon. Michael Gomez presiding, entered judgment in that matter on September 16, 2015, pursuant to TRCP 156;

2. Kim Ho Doan died on September 1, 2012, in Harris County, Texas;

3. Counsel for Plaintiff, Kim Ho Doan, filed Plaintiff's Suggestion of Death on October 18, 2012;

4. Counsel for Plaintiff, Kim Ho Doan, filed an Amended Suggestion of Death on July 9, 2014, notifying the Court that probate proceedings were initiated in the Harris County Probate Court No. 1 for appointment of a Dependent Administrator of the Estate of Kim Ho Doan;

5. Application for Letters of Administration was filed on January 12, 2015, and Letters of Administration were granted in the Estate of Kim Ho Dean, Deceased qualifying Lan Thi Nguyen as Independent Administratrix of this Estate on March 4, 2015.

Further Affiant sayeth not.

MARK T. MURRAY, AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 12th day of May 2015.

Notary Public in and for the State of Texas

My commission expires: 10-11-18

KAREN D STANFIELD
My Commission Expires
October 11, 2018

NOTARY PUBLIC
STATE OF TEXAS

KAREN G STANFIELD
My Commission Expires
October 11, 2018